64D02-2310-CT-009505

USDC IN/ND case 2:23-cv-00423-JTM-JEM   document 3   filed 10/18/23   page 1 of 5

Filed: 10/18/2023 10:17 AM
Clerk
Porter County, Indiana

Porter Superior Court 2

```
STATE OF INDIANA          )        IN THE PORTER COUNTY
                          ) SS:    CIRCUIT/SUPERIOR COURT
COUNTY OF PORTER          )        SITTING IN VALPARAISO, INDIANA

SUMMER FIELDS,                        )
      Plaintiff,                      )
                                      )
vs.                                   )   CAUSE NO.:
                                      )
ALEJANDRO BASULTO DE LA CRUZ,         )
CHICAGO INTERMODAL TRANSPORTATION     )
INC. and DIRECT CHASSISLINK INC.      )
      Defendants.                     )
```

## COMPLAINT

Comes now Plaintiff, by counsel, the LaTulip Law Offices, P.C., Matthew D. LaTulip, and for cause of action against the Defendants states as follows:

1. That the Plaintiff, Summer Fields, at all times relevant herein, is a resident of the county of Porter, State of Indiana.

2. That the Defendant, Alejandro Basulto De La Cruz, at all times relevant herein, is a resident in the State of Michigan.

3. That the Defendant, Chicago Intermodal Transportation Inc., is a corporation conducting business within the County of Porter, State of Indiana.

4. That the Defendant, Direct Chassislink Inc., is a corporation conducting business within the County of Porter, State of Indiana.



EXHIBIT A

## Count I

5. That Plaintiffs hereby incorporate by reference rhetorical paragraphs 1-4 of the jurisdiction section of their Complaint as if each were set forth fully herein.

6. That on August 18, 2022, the Plaintiff, Summer Fields, was the operator of a vehicle traveling east bound on I-94, at or near mile marker 25.2, Chesterton, Porter County, Indiana.

7. That at the same time and place, the Defendant, Alejandro Basulto De La Cruz, was the operator of a vehicle traveling east bound on I-94, at or near mile marker 25.2, Chesterton, Porter County, Indiana.

8. That at said place and time, Defendant, Alejandro Basulto De La Cruz, drove his vehicle in such a negligent and/or wanton and/or reckless manner so as to strike the drivers' side of the vehicle being driven by the Plaintiff, Summer Fields.

9. That at said place and time, the Defendant, Alejandro Basulto De La Cruz, was acting as an agent, representative, and/or employee of, and within the scope of his agency representative capacity and/a employee of with Defendant, Chicago Intermodal Transportation Inc. and/or Direct Chassislink Inc.

10. That as a direct and proximate result of the negligent acts and/or omissions of the aforementioned Defendants, the Plaintiff, Summer Fields, was severely and permanently injured, incurred medical expenses for care, testing, and treatment, and suffered mental and

physical pain, loss of earnings, loss of earnings capacity, disfigure and deforming, humiliation, and mental anguish.

**WHEREFORE**, Plaintiff, Summer Fields, demand judgment against the Defendants, Alejandro Basulto De La Cruz, Chicago Intermodal Transportation Inc. and Direct Chassislink Inc.'s, and pray for relief for reasonable compensatory damages, all costs in this action, and all other relief just and proper in the premises.

LATULIP LAW OFFICES, P.C.
Attorneys for the Plaintiff


/s/ Matthew D. LaTulip
Matthew D. LaTulip


## Count II

Come now Plaintiff, Summer Fields, by counsel, Matthew D. LaTulip, and for their cause of action against the Defendants, Alejandro Basulto De La Cruz, Chicago Intermodal Transportation Inc. and Direct Chassislink Inc.'s, hereby state as follows:

11. That Plaintiffs hereby incorporate by reference rhetorical paragraph 1-4 of the jurisdiction section of their Complaint and rhetorical paragraphs 5-10 of Count I of their Complaint as if each were set forth fully herein.

12. That Defendant, Chicago Intermodal Transportation Inc.'s, negligently hired and/or retained Defendant Alejandro Basulto De La Cruz, which resulted in this incident.

**WHEREFORE**, Plaintiff, Summer Fields, demand judgment against the Defendants, Alejandro Basulto De La Cruz, Chicago Intermodal Transportation Inc. and Direct Chassislink Inc.'s, and pray for relief for reasonable compensatory damages, all costs in this action, and all other relief just and proper in the premises.

                    LATULIP LAW OFFICES, P.C.
                    Attorneys for the Plaintiff


                    /s/ Matthew D. LaTulip
                    Matthew D. LaTulip

## Count III

Come now Plaintiff, Summer Fields, by counsel, Matthew D. LaTulip, and for their cause of action against the Defendants, Alejandro Basulto De La Cruz, Chicago Intermodal Transportation Inc. and Direct Chassislink Inc.'s, hereby state as follows:

13. That Plaintiffs hereby incorporate by reference rhetorical paragraph 1-4 of the jurisdiction section of their Complaint and rhetorical paragraphs 5-10 of Count I of their Complaint as if each were set forth fully herein rhetorical paragraphs 11-12 of Count II of their Complaint as if each were set forth fully herein.

14. That Defendant, Direct Chassislink Inc.'s, negligently hired and/or retained Defendant Alejandro Basulto De La Cruz, which resulted in this incident.

**WHEREFORE**, Plaintiff, Summer Fields, demand judgment against the

Defendants, Alejandro Basulto De La Cruz, Chicago Intermodal Transportation Inc. and Direct Chassislink Inc.'s, and pray for relief for reasonable compensatory damages, all costs in this action, and all other relief just and proper in the premises.

        LATULIP LAW OFFICES, P.C.
        Attorneys for the Plaintiff


        /s/ Matthew D. LaTulip
        Matthew D. LaTulip


### Jury Demand

Comes now Plaintiff, by counsel, and demands trial by jury.

        LATULIP LAW OFFICES, P.C.
        Attorneys for the Plaintiff


        /s/ Matthew D. LaTulip
        Matthew D. LaTulip #22435-49
        Easton Court
        250 E. 90th Dr.
        Merrillville, IN. 46410
        Tel: (219) 756-7600
        Fax: (219) 756-0639
        LaTulipLaw@LaTulipLaw1.com Email